# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:                                              Case No.:21−30092−crm
Christina Gene Del Valle

                                                    Chapter: 7
                        Debtor(s)                   Judge: Charles R. Merrill

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Motion for Relief from Stay and Abandonment regarding 2018 NISSAN ALTIMA −
VIN 1N4AL3APXJC275163 Fee Amount $188.. Filed by Creditor Nissan Motor
Acceptance Corporation. Objections due by 02/16/2021. Any objection must be
typewritten and in proper pleading form as required by Federal and Local Rules.
(Attachments: # 1 Filed Proof of Claim # 2 Proposed Order) (Simons, Molly)

Dated: 2/3/21

                                                    FOR THE COURT
By:                                                 Elizabeth H. Parks
Deputy Clerk                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Kentucky

In re:                                                                                          Case No. 21-30092-crm
Christina Gene Del Valle                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0644-3                          User: aohlmann                                    Page 1 of 2
Date Rcvd: Feb 03, 2021                  Form ID: 267                              Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christina Gene Del Valle, 3703 Terrace Hill Drive, #202, Louisville, KY 40245-5858 |
| 6782869 | | Baptist Health, PO Box 950257, Louisville, KY 40295-0257 |
| 6782871 | + | Credit Bureau Systems, PO Box 1479, Owensboro, KY 42302-1479 |
| 6782872 | + | FBCS, 330 S. Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 6782874 | | Kentucky Department of Revenue, 501 High Street, Frankfort, KY 40601-2103 |
| 6782878 | | Nissan Motor Acceptance, PO Box 660366, Dallas, TX 75266-0366 |
| 6788550 | + | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 6782881 | + | Radius Global Solutions, LLC, PO Box 390846, Minneapolis, MN 55439-0846 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 6786675 | | Email/Text: bnc@atlasacq.com | Feb 03 2021 20:22:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 6782870 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 03 2021 20:30:01 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 6782873 | | Email/Text: bankruptcy@glacompany.com | Feb 03 2021 20:22:00 | GLA Collections, PO Box 991199, Louisville, KY 40269-1199 |
| 6782875 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 03 2021 20:22:00 | Kohls Department Store/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 6782876 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 03 2021 20:29:42 | LVNV Funding, 55 Beattie Place, Greenville, SC 29601-5115 |
| 6782877 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 03 2021 20:23:00 | Midland Credit Management, 8875 Aero Dr, San Diego, CA 92123-2255 |
| 6782879 | | Email/PDF: ais.norton.ebn@americaninfosource.com | Feb 03 2021 20:29:52 | Norton Healtcare Inc, PO Box 776365, Chicago, IL 60677-6365 |
| 6782880 | | Email/PDF: ais.norton.ebn@americaninfosource.com | Feb 03 2021 20:29:52 | Norton Physician Services, PO Box 950245, Louisville, KY 40295-0245 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

District/off: 0644-3 User: aohlmann Page 2 of 2
Date Rcvd: Feb 03, 2021 Form ID: 267 Total Noticed: 16

6782882        ##+        Security Credit Services LLC, 2653 Oxford Loop, Suite 108, Oxford, MS 38655-2929

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Allan E. Dunaway | |
| | on behalf of Debtor Christina Gene Del Valle allan@dunawaylawoffice.com |
| | annie@dunawaylawoffice.com;adunawayecf@gmail.com;r60741@notify.bestcase.com |
| John L. Daugherty | |
| | ustpregion08.lo.ecf@usdoj.gov |
| Michael E. Wheatley | |
| | mwheatleytr@gmail.com  ky36@ecfcbis.com |
| Molly Slutsky Simons | |
| | on behalf of Creditor Nissan Motor Acceptance Corporation bankruptcy@sottileandbarile.com |

TOTAL: 4